# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUKARRAM MUZZAMMIL,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>UR M. JADDOU, in her Official Capacity, Director, U.S. Citizenship and Immigration Services, et al.,<br><br>　　　　　Respondents. | Case No. 22-cv-00201-DMS-RBB<br><br>**ORDER GRANTING**<br>**JOINT MOTION TO REMAND** |

Having considered the parties' Joint Motion to Remand to USCIS (ECF No. 4) and finding the motion meritorious, the Court GRANTS the joint motion to remand. This case is hereby remanded to U.S. Citizenship and Immigration Services for adjudication of the naturalization application within thirty (30) days of this order. Plaintiff has thirty (30) days leave to amend his Complaint in the event the naturalization application is not adjudicated within sixty days of this order.

**IT IS SO ORDERED.**

DATED: April 15, 2022

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Hon. Dana M. Sabraw, Chief Judge
　　　　　　　　　　　　　　　　　　United States District Court